IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST JACKSON, et al. | No. C 08-2588 MEJ |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFERRAL** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. As this matter has been referred to mediation, the Court shall not schedule any case management dates at this time. Within 30 days from the completion of the mediation process, the parties shall notify the Court as to the status of the case.

The Northern District of California Civil Local Rules shall apply to this case, and the parties shall also comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern District of California's website at

http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

Finally, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: September 23, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2