IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST JACKSON, et al. | No. C 08-2588 MEJ |
| Plaintiff(s), | |
| vs. | **REQUEST FOR PARTIES TO FILE JOINT STATUS STATEMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). / | |

On December 3, 2008, the parties in the above-captioned matter participated in a mediation session, at which time the case did not settle. Although the Court previously ordered the parties to notify it as to the status of the case within 30 days from completion of mediation, no such notification has been filed. As no further mediation is scheduled, and pretrial and trial dates have not been established, the Court hereby ORDERS the parties to file a joint status statement by February 10, 2009. In their statement, the parties shall inform the Court as to the following:

1) the status of the case;

2) whether a referral for a further settlement conference or other ADR process would be beneficial; and

3) requested pretrial and trial deadlines, including dispositive motions.

Upon review of the parties' statement, the Court shall issue an order, request further briefing, or order the parties to appear for a status conference.

**IT IS SO ORDERED.**

Dated: January 27, 2009

_____
MARIA ELENA JAMES
United States Magistrate Judge