UNITED STATES DISTRICT COURT

Northern District of California

JACKSON ET AL,

        Plaintiff(s),

  v.

CITY AND COUNTY OF SAN FRANCISCO ET AL,

        Defendant(s).

No. C 08-02588 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS**

    Pending before the Court is Defendants' Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a **joint** statement of undisputed facts on or before June 25, 2009.

    **IT IS SO ORDERED.**

Dated: June 17, 2009

_____
Maria-Elena James
United States Magistrate Judge