UNITED STATES DISTRICT COURT

Northern District of California

JACKSON ET AL,

            Plaintiff(s),

   v.

CITY AND COUNTY OF SAN FRANCISCO ET AL,

            Defendant(s).

_____/

No. C 08-02588 MEJ

**ORDER TO SHOW CAUSE**

On February 5, 2009, the Defendants in the above-captioned matter filed a Motion for Summary Judgment, with a noticed hearing date of July 16, 2009. (Dkt. #20.) Pursuant to Civil Local Rule 7, Plaintiffs' opposition or statement of non-opposition was due by June 25, 2009. However, Plaintiffs failed to file an opposition. Further, on June 17, 2009, the Court ordered the parties to file a joint statement of undisputed facts (Dkt. #27), yet Defendants' counsel has now filed a declaration regarding Plaintiffs' counsel's failure to respond to communications regarding the order. (Dkt. #28.)

Accordingly, the Court hereby VACATES the July 16, 2009 summary judgment hearing and ORDERS Plaintiffs to show cause why sanctions should not be imposed for failure to comply with court orders and deadlines. Plaintiffs shall file a declaration by July 2, 2009, and the Court shall conduct a hearing on July 9, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 29, 2009

_____
Maria-Elena James
United States Magistrate Judge