UNITED STATES DISTRICT COURT

Northern District of California

JACKSON ET AL,

                Plaintiff(s),                No. C 08-02588 MEJ

  v.

CITY AND COUNTY OF SAN FRANCISCO ET AL,               **ORDER RE PRETRIAL DEADLINES**

                Defendant(s).

_____/

      The Court is in receipt of Defendants' letter dated September 14, 2009, regarding the parties' pretrial deadlines. (Dkt. #39.) On August 13, 2009, the Court heard argument on Defendants' Motion for Summary Judgment and took the matter under advisement. The Court anticipates that it will issue its ruling within the next week. The Court therefore continues the date for the parties' meet and confer, set forth in ¶J of the Case Management Order (Dkt. #19) until September 24, 2009. However, all other deadlines shall remain unchanged until further notice by the Court.

      **IT IS SO ORDERED.**

Dated: September 16, 2009

                                                Maria-Elena James
                                                Chief United States Magistrate Judge